Filed 4/22/2022 11:34 AM
Loretta Cammack
District Clerk
Nacogdoches County, TX

JESSICA OLIVAREZ

| | | |
|---|---|---|
| ELLIOTT ELECTRIC SUPPLY, INC | * | DISTRICT COURT No. C2237351 |
| vs. | * | 145TH JUDICIAL DISTRICT |
| MODULE X SOLUTIONS, LLC | * | NACOGDOCHES COUNTY, TX |

## ANSWER AND THIRD PARTY DEMAND

NOW INTO COURT, through undersigned counsel, comes Module X Solutions, LLC, defendant in the above captioned proceedings, who in answer to the Petition of Plaintiff respectfully denies each and every allegation contained therein except as may be hereinafter specifically admitted, and further submits this Third Party Demand as follows:

## ANSWER

1.1     The allegations in Paragraph 1.1 do not require a response from Defendant. To the extent a response is deemed necessary, the allegations are admitted.

2.1     The allegations in Paragraph 2.1 are denied for lack of sufficient information to justify a reasonable belief therein.

2.2     The allegations in Paragraph 2.2 are admitted.

2.3     The allegations in Paragraph 2.3 are admitted.

3.1     The allegations in Paragraph 3.1 are denied..

3.2     The allegations in Paragraph 3.2 are denied.

3.3     The allegations in Paragraph 3.3 are denied.

3.4     The allegations in Paragraph 3.4 are denied.

4.1     The allegations in Paragraph 4.1 do not require a response from Defendant.

5.1     It is denied that Plaintiff is entitled to Judgment as requested.

5.2     It is denied that Plaintiff is entitled to Judgment as requested.

5.3     It is denied that Plaintiff is entitled to Judgment as requested.

AND NOW FURTHER ANSWERING, Defendant, MODULE X SOLUTIONS, LLC, affirmatively plead as follows:

FIRST AFFIRMATIVE DEFENSE

Defendant shows that all sums due under the entire Purchase Order and Guaranty Agreement were paid. More specifically, Defendant submits that Plaintiff was paid in full by Tennessee Valley Authority ("TVA") when the test report was submitted to TVA by an a third party contractor who also provided equipment for the TVA Cumberland Fossil Plant project.

**THIRD PARTY DEMAND**

And now, assuming the position of Third-Party Plaintiff, Module X Solutions, LLC ("MXS") asserts the following:

1.

Made Third Party Defendants herein are the following:

a. Eaton Corporation, (hereinafter "Eaton"), is a foreign corporation which may be served through its registered agent, CT Corporations at 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

b. Synthetic Materials (hereinafter "Synmat") is a foreign corporation located in Kentucky, which may be served through its registered agent, CT Corporation System, at 306 W. Main Street, Suite 512, Frankfort, KY 40601.

c. Tennessee Valley Authority, (hereinafter "TVA"), is a Tennessee corporation, with its principal place of business located 400 West Summit Hill Drive, Knoxville, TN 37902. TVA engages in business in the State of Texas but as not designated or maintained a resident agent for service of process and may be served through the Texas Secretary of State at 1100 Congress Capital Bldg., Room 1E.8, Austin, Texas 78701, in accordance with V.T.C.A. § 17.044(a).

2.

Each of the third-party defendants, along with MXS, were contracted to perform

certain services in connection with the TVA Cumberland Fossil Plant Project ("the Project").

3.

Upon information and belief, Eaton submitted Field Service Reports which were ultimately provided to TVA and to Elliott Electric Supply, Inc. ("Elliott"). Thereafter, Eaton was paid in full by TVA and was also paid by Elliott, resulting in Eaton being paid twice for the same work.

4.

On or about January 20, 2022, Elliott filed the instant suit seeking payment of in the amount of $26,149.57. *See* Exhibit A, Petition filed January 20, 2022.

5.

Because Eaton was paid twice for the same work, Eaton is liable to MXS for any amounts found to be owed to Elliott by MXS.

6.

Alternatively, in the event Eaton did not receive payment from TVA, TVA received the benefit of Eaton's work and is liable to Elliott and/or MXS for payment of the outstanding balance and associated charges.

7.

Alternatively, in the event Eaton did not receive payment from TVA and TVA submitted payment to SynMat, SynMat is liable to Elliott and/or MXS for payment of the outstanding balance and associated charges.

WHEREFORE, Module X Solutions, LLC requests that Eaton Corporation, Synthetic Materials, and Tennessee Valley Authority be cited to appear and answer herein, and that upon final hearing hereof, Module X Solutions, LLC be granted the following relief:

  A.  Judgment in favor of Module X Solutions, LLC for the sum of $26,149.57 or other amounts to Elliott Electric Supply, LLC, plus prejudgment interest at the default rate of eighteen percent (18%) per annum accruing at the daily rate of $10.38 from January 21, 2022, to the date of Judgment, and post-judgment interest at the rate of eighteen percent (18%) per annum;

  B.  Judgment for reasonable attorney's fees and costs; and

  C.  Such other relief which may be reasonable and equitable in the premises.

Respectfully submitted,

**CARMOUCHE, BOKENFOHR, BUCKLE & DAY**

BY:   /s/ *Nichole M. Buckle*
   Nichole M. Buckle, TX Bar No. 24065089
One Bellemead Center
6425 Youree Drive, Suite 380
Shreveport, Louisiana 71105
Phone: (318) 629-0014
Fax: (318) 404-1571

**ATTORNEY FOR MODULE X SOLUTIONS, LLC**

**PLEASE SERVE:**

Eaton Corporation,
through its registered agent,
CT Corporations
1999 Bryan Street, Suite 900
Dallas, TX 75201

Synthetic Materials,
through its registered agent,
CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

Tennessee Valley Authority,
through the Texas Secretary of State,
1100 Congress Capital Bldg., Room 1E.8
Austin, Texas 78701

Page 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon counsel for Plaintiff via electronic mail as authorized by Rule 21a of the Texas Rules of Civil Procedure.

Dated: April 22, 2022.

/s/ *Nichole M. Buckle*