# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# LUFKIN DIVISION

| | |
|---|---|
| **ELLIOTT ELECTRIC SUPPLY, INC.,** | * |
|     Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **MODULE X. SOLUTION, LLC** | *     **CIVIL NO. 9:22-CV-106** |
|     Defendant/Third-Party Plaintiff | * |
| | * |
| v. | * |
| | * |
| **TENNESSEE VALLEY AUTHORITY,** | * |
| **EATON CORPORATION, AND** | * |
| **SYNTHETIC MATERIALS,** | * |
|     Third-Party Defendants | * |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, ELLIOTT ELECTRIC SUPPLY, INC., and Defendant and Third-Party Plaintiff, MODULE X SOLUTIONS, LLC, who, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), jointly submit this Stipulation of Dismissal notifying the Court that the parties have reached a resolution in this matter and that all remaining claims against all remaining parties are to be dismissed with prejudice.

Respectfully submitted,

**CARMOUCHE, BOKENFOHR, BUCKLE, & DAY**

BY*:  /s/ Nichole M. Buckle*
       Nichole M. Buckle, TX Bar No. 24065089
6425 Youree Drive, Suite 380
Shreveport, Louisiana 71105
Phone: (318) 629-0014
Fax: (318) 404-1571
nikki@cbbd.law

*ATTORNEYS FOR MODULE X SOLUTIONS, LLC*


**MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, LLC**

BY*:  /s/ Misti L. Beanland*
       Misti L. Beanland, TX Bar No. 00798057
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
Phone: (972) 234-3400
Fax: (972) 234-1750
beanland@mssattorneys.com

*ATTORNEYS FOR ELLIOTT ELECTRIC SUPPLY, INC.*


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was this date filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

Signed in Shreveport, Louisiana on this 19th day of October, 2022.

       */s/ Nichole M. Buckle*
              OF COUNSEL