IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ELLIOTT ELECTRIC SUPPLY, INC., | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | |
| MODULE X SOLUTIONS, LLC, | § § | CIVIL ACTION NO. 9:22-CV-00106 |
| *Defendant/Third-Party Plaintiff,* | § § | JUDGE MICHAEL J. TRUNCALE |
| VS. | § § § | |
| TENNESSEE VALLEY AUTHORITY, EATON CORPORATION, AND SYNTHETIC MATERIALS, | § § § § | |
| *Third-Party Defendants.* | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 19]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled case is hereby dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 19th day of October, **2022.**

Michael J. Truncale
United States District Judge